**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
KRISHNA DASS,                                                :
                                                             :
        Plaintiff,                                 :       18-cv-11325 (VSB) (OTW)
                                                             :
        -against-                                  :               **ORDER**
                                                             :
THE CITY UNIVERSITY OF NEW YORK, et al.,                     :
                                                             :
        Defendants.                                :
                                                             :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Status Conference in this matter telephonically on **Tuesday, November 17, 2020 at 10:00 a.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

                                                                         *s/ Ona T. Wang*

Dated: November 4, 2020                                    **Ona T. Wang**
      New York, New York                 United States Magistrate Judge