UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
KRISHNA DASS, :
:
                      Plaintiffs, :        18-CV-11325 (VSB) (OTW)
:
      -against- :        **ORDER**
:
THE CITY UNIVERSITY OF NEW YORK, et al., :
:
                      Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

It is hereby **ORDERED** that the motion of Gary Moy to withdraw as counsel for Defendants in this matter is **GRANTED**. The Clerk of Court is directed to close the open motion at docket entry 37.

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: November 17, 2020                                      **Ona T. Wang**
       New York, New York                     United States Magistrate Judge