**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
KRISHNA DASS,
:
            Plaintiff,    :       18-cv-11325 (VSB) (OTW)
:
      -against-    :          **ORDER**
:
THE CITY UNIVERSITY OF NEW YORK, et al.,
:
          Defendants.
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a discovery status conference in this matter on March 3, 2021. In addition to all other rulings made on the record at the status conference, the Court hereby adopts the amended discovery deadlines stipulated and proposed by the parties:

- All fact discovery: Friday, August 13, 2021
- Interrogatories: Friday, July 16, 2021
- Fact Depositions: Friday, July 16, 2021
- All expert discovery: Friday, September 17, 2021
- Expert Depositions: Friday, September 17, 2021
- Requests for admission: Tuesday, October 19, 2021

The next status conference is **April 27, 2021 at 3:00 pm**. The dial in information is (866) 390-1828, access code 1582687. The joint proposed agenda is due by **April 22, 2021**.

**SO ORDERED.**

                                                 *s/ Ona T. Wang*
Dated: March 4, 2021                                    **Ona T. Wang**
   New York, New York                  United States Magistrate Judge