

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **DOMINIQUE F. SAINT-FORT**<br>*Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-2444<br>dosaint@law.nyc.gov |

April 6, 2021

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.  4/8/2021

I will schedule a post-discovery conference at a later date once there is greater clarity on when the parties will complete discovery.

    Re:   <u>Dass v. City University of New York, et al.</u>
           Docket No. 18 CV 11325 (VSB) (OTW)

Dear Judge Broderick:

       I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. On June 15, 2020, Your Honor issued a Case Management Plan in this action. <u>See</u> ECF Dkt. No. 45. That Case Management Plan ordered that the parties appear for a post-discovery conference on April 8, 2021 at 10 a.m. <u>See id.</u> at 2. Following a request for a discovery conference pursuant to Local Civil Rule 37.2 on October 9, 2020 (<u>see</u> ECF Dkt. No. 46), Your Honor referred this action to Magistrate Judge Wang for general pretrial matters. <u>See</u> ECF Dkt. No. 47. Since that referral, the parties have continued to engage in discovery and have appeared before Judge Wang for status conferences on three occasions, with a fourth conference scheduled for April 27, 2021 at 3 p.m. Given that discovery remains on going in this matter, the parties request that the April 8, 2021 conference before Your Honor, be adjourned sine dine until discovery in this action has concluded.