UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
KRISHNA DASS,

                Plaintiff,

-against-

THE CITY UNIVERSITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------x

18-cv-11325 (VSB) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On May 14, 2021, Plaintiff filed a letter motion to file under seal three exhibits to Plaintiff's motion to compel. (ECF 74). Plaintiff's motion does not comply with the Court's Individual Practices, which require (in relevant part) that a motion to seal "address the Court of Appeals' opinions in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) and *Bernstein v. Bernstein Litowitz Berger & Grossman LLP*, 814 F.3d 132 (2d Cir. 2016)" and that "the proposed sealed document . . . be contemporaneously filed under seal in the ECF system and electronically related to the motion." *See* Section IV; *see also* ECF Rules & Instructions, Section 6. Plaintiff's motion also does not address why it is appropriate to seal rather than redact each exhibit. Accordingly, Plaintiff's motion to seal is **denied without prejudice**.

**SO ORDERED.**

Dated: May 20, 2021
       New York, New York

                        *s/ Ona T. Wang*
                        **Ona T. Wang**
                    United States Magistrate Judge