**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
    KRISHNA DASS,

              Plaintiff,                      18-cv-11325 (VSB) (OTW)

            -against-                             **ORDER**

    THE CITY UNIVERSITY OF NEW YORK, et al.,

              Defendants.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 82 and 83 and orders as follows:

- Fact discovery is extended to **September 30, 2021**.

- Expert discovery is extended to **October 30, 2021**.

- The deadline to serve requests for admission is extended to **November 19, 2021**.

- The parties shall schedule all deposition dates, including tentative dates for Eric Smiles and Julio Centeno.

- By **July 26, 2021**, Plaintiff shall submit a letter, not to exceed three single-spaced pages, explaining why depositions of Messrs. Smiles and Centeno are expected to produce relevant, non-duplicative testimony. Defendants' response, also not to exceed three single-spaced pages, is due **July 29, 2021**. The parties are expected to cite to relevant case law, provide sufficient factual background for the Court to assess the likely nature of Messrs. Smiles's and Centeno's testimony, and explain how such testimony relates to claims and defenses in this action.

- The Court takes no position on whether the remaining depositions occur remotely or in person. However, "[o]nly time spent actually taking the deposition[s], not breaks, counts toward the" default seven-hour time limit for taking depositions. *Rahman v. The Smith & Wollensky Rest. Grp., Inc.*, No. 06-CV-6198 (LAK) (JCF), 2009 WL 72441, at *4 (S.D.N.Y. Jan. 7, 2009).

The Clerk of Court is directed to close ECF 82 and 83.

**SO ORDERED.**

|  |  |
|---|---|
|  | *s/ Ona T. Wang* |
| Dated: July 20, 2021 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |