UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
KRISHNA DASS,
:
              Plaintiff,        :            18-cv-11325 (VSB) (OTW)
:
        -against-           :                  **ORDER**
:
THE CITY UNIVERSITY OF NEW YORK, et al.,
:
              Defendants.   :
:
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Pursuant to the rulings made on the record at the December 8, 2021 conference, Plaintiff's motion for sanctions (ECF 98) is **DENIED**. The Clerk of Court is also respectfully directed to terminate Plaintiff's motion to compel (ECF 78), which was resolved at the conference.

The Court will hold another in-person Status Conference on **March 1, 2021 at 10:00 a.m.** at the Daniel Patrick Moynihan Courthouse, Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a joint status letter with a proposed conference agenda by **February 24, 2022**.

       **SO ORDERED.**

                                                            _s/ Ona T. Wang_
Dated: December 9, 2021                                          **Ona T. Wang**
      New York, New York                         United States Magistrate Judge