UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                                                              :

KRISHNA DASS,                                      :

                             Plaintiff,     :
                                                :       No. 18-CV-11325 (VSB) (OTW)
              -v-                             :

THE CITY UNIVERSITY OF NEW YORK,    :       **SCHEDULING ORDER**
et al.,                                              :
                        Defendants.  :
-----------------------------------------------------------X

ONA T. WANG, United States Magistrate Judge:

        The Court held a discovery and motion status conference in the above-captioned matter on December 8, 2021 (the "Conference"). In addition to all other rulings made on the record at the Conference, the Court hereby adopts the amended discovery deadlines stipulated and proposed by the parties:

| | | |
|---|---|---|
| **(1) All fact discovery**: | | Friday, March 4, 2022 |
| **(2) Expert disclosures and reports**: | | Friday, April 29, 2022 |
| **(3) Expert depositions**: | | Friday, May 27, 2022 |
| **(4) Requests for admission**: | | Friday, June 24, 2022 |

        The next status conference in the above-captioned matter shall be March 1, 2022, at 10:00 a.m. Unless otherwise ordered by the Court, the next status conference shall be held in person in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED**.

Dated:        January 6, 2022
                 New York, New York

                                                                                  Ona T. Wang
                                                                                  United States Magistrate Judge