**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
KRISHNA DASS,

                              Plaintiff,

          -against-

THE CITY UNIVERSITY OF NEW YORK, et al.,

                            Defendants.

------------------------------------------------------------x

No. 18-CV-11325 (VSB) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 120 and 122. To the extent that ECF 122 is a motion to reconsider the Court's March 24, 2022 Order (ECF 116), it is **DENIED**. The parties are directed to meet and confer and agree to deposition schedules for each of Plaintiff's alleged Comparators, identified as Brian Goldstein, Damani Thomas, Jon Hochberg, Stephen Kelly, and Ryan McCarthy. *See* ECF 114-2. There shall be one deposition per named Comparator, and each deposition will last no longer than two hours. The parties shall file a joint proposed order outlining the deposition schedules by **Friday, May 6, 2022 at 5:00 PM.**

The Court reminds Defendants that failure to comply with its orders is a violation of Fed. R. Civ. P. 37 and may result in sanctions.

**SO ORDERED.**

Dated: April 28, 2022
       New York, New York

                                                 *s/ Ona T. Wang*
                                                     **Ona T. Wang**
                                           United States Magistrate Judge