**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
KRISHNA DASS,

                               Plaintiff,

              -against-

THE CITY UNIVERSITY OF NEW YORK, et al.,

                             Defendants.

------------------------------------------------------------x

No. 18-CV-11325 (VSB) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Pursuant to rulings made at the May 10, 2022 status conference, the parties shall brief the issues on Plaintiff's Motion to Amend the Second Amended Complaint, by letter briefs not to exceed five pages. Plaintiff shall file her Motion on June 24, 2022. Defendants shall file their Oppositions by August 12, 2022.

The parties are encouraged to meet and confer regarding Plaintiff's Motions for Depositions of Witnesses Haggerty, Rodriguez-Chardovyne, Colon, Kraymer, Paguy, Poole, and Winstead. For witnesses sought to be deposed by Plaintiff, Plaintiff shall file separate letter briefs for each witness by June 24, 2022, with separate opposition briefs due by August 12, 2022. Letter briefs for these motions are not to exceed three pages. As discussed at the status conference, the reason for separate letter briefs will be for the attorneys' record-keeping purposes if the Court considers motions for expenses made under Fed. R. Civ. P. 37(a)(5).

The parties are further directed to appear for an in-person status conference on **September 13, 2022, at 2:30 p.m.** in Courtroom 20D, New York, NY 10007.

**SO ORDERED.**

|  |  |
|---|---|
|  | _s/ Ona T. Wang_ |
| Dated: May 10, 2022 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |