**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

KRISHNA DASS,

                      Plaintiff,                  No. 18-CV-11325 (VSB) (OTW)

    -against-                                   **ORDER**

THE CITY UNIVERSITY OF NEW YORK, et al.,

                      Defendants.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 129 and rules on Section III of that document and Ex. E, ECF 129-5 as follows:

- Plaintiff's request for in camera review is denied. Documents labeled Priv0012, 0013, 0014, 0035, 0037 are protected by attorney-client privilege and/or work product protection and these documents need not be produced.

- The disputes concerning Priv0034, 0036 and DEF_Dass_E0000372 appear to have been resolved (See ECF 129-5).

- The dispute concerning Priv0086 also appears to have been resolved, and the parties are meeting and conferring regarding the "waiting list" referenced in ECF 129 Section IV and note 2. As part of their meet and confer process, Defendants are directed to inquire and disclose to Plaintiff whether any versions, native or otherwise, still exist of the "waiting list" dating from 2015-2016.

**SO ORDERED.**

                                                    *s/ Ona T. Wang*

Dated: May 10, 2022                             **Ona T. Wang**
      New York, New York                United States Magistrate Judge