**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
KRISHNA DASS,

                Plaintiff,

       -against-

THE CITY UNIVERSITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

No. 18-CV-11325 (VSB) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a discovery status conference in this matter on September 13, 2022.

For the reasons stated on the record:

- Defendants' counsel is to provide to Plaintiff, as directed, information related to Ms. Colon's availability for a short (2-hour) deposition, limited to certain topics as discussed at the status conference. Defendants' counsel shall also provide Ms. Haggerty's last known address so that Plaintiff may take the steps needed to subpoena her for a short (2-hour) deposition on the enumerated topics discussed at the conference. Defendants shall file a status letter on these issues by **September 20, 2022**.

- By **September 30, 2022**, Defendants shall file a letter articulating the burden of searching, reviewing, and producing the limited category of Committee Minutes discussed at the conference.

- By **September 30, 2022**, Plaintiff shall file a letter indicating whether they have determined to pursue the Colon and Haggerty depositions, and if so, when those depositions are to take place. Counsel are directed to meet and confer in good faith on these matters, keeping in mind the principles in Rule 26(b) and the considerations articulated by the Court at the conference.
- The Court has scheduled the next in-person status conference for October 19, 2022, at 2:30 p.m. If the parties have reached agreement on the resolution of the outstanding discovery issues as outlined above, they may jointly request that the conference be adjourned.

For the reasons stated on the record, Plaintiff's motions for leave to amend the complaint, to conduct additional depositions of individuals other than Ms. Haggerty and Ms. Colon, and for further documentary discovery other than the limited Committee Minutes, are **DENIED**. Defendants' motion for an additional or continued deposition of Plaintiff remains *sub judice*.

The Clerk of Court is respectfully directed to close ECF Nos. 148, 149, 150, 151, 152, 153, and 154.

**SO ORDERED.**

Dated: September 15, 2022
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge