UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KRISHNA DASS,

                          Plaintiff,

           -against-

THE CITY UNIVERSITY OF NEW YORK, et al.,

                     Defendants.

------------------------------------------------------------x

No. 18-CV-11325 (VSB) (OTW)

**ORDER**

    **ONA T. WANG, United States Magistrate Judge:**

    The Court has reviewed ECF 183.

    On October 17, 2022, the Court issued an order extending the fact discovery deadline to December 19, 2022, "solely so that the parties may complete the outstanding discovery contemplated in ECF 178," namely the deposition of Lizette Colon and production of the ARC Committee Meeting Minutes and CUNY Central Diversity Unit Documents. (ECF 179). Plaintiff has now propounded additional discovery onto Defendants not contemplated by ECF 179. (ECF 183). Specifically, Plaintiff seeks from Defendants documents concerning Ms. Colon's opinion of Hostos executives and information about three other employees who requested reclassification. (*See* ECF 183). These new discovery requests are beyond the scope of the Court's rulings in ECF 179. Accordingly, the Court treats ECF 183 as a request for relief from the Court's prior order in ECF 179. The Court **DENIES** Plaintiff's request to enlarge discovery to seek documents concerning Ms. Colon's opinion of Hostos executives.

    With respect to Plaintiff's request for documents concerning the reclassification requests of other Hostos employees, Plaintiff shall submit a letter brief by **December 9, 2022**,

explaining why she was unable to procure information about these employees before, and why she is entitled to it now. Plaintiff shall attach to the letter brief (1) a copy of Ms. Colon's deposition transcript and (2) the new document requests concerning the employees. The letter brief shall not exceed five pages, and shall cite to relevant portions of Ms. Colon's deposition transcript. Defendants shall submit their own letter brief in response by **December 16, 2022**. Defendants time to respond to Plaintiff's Sixth Request for Production of Documents is **STAYED** pending further rulings from the Court. **The Court reiterates to the parties that fact discovery will close in this matter on December 19, 2022.**

**SO ORDERED.**

Dated: December 1, 2022
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge