UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
KRISHNA DASS,

                         Plaintiff,

        -against-

THE CITY UNIVERSITY OF NEW YORK, et al.,

                        Defendants.

----------------------------------------------------------x

No. 18-CV-11325 (VSB) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 187 and 190.

On October 17, 2022, l extended the fact discovery deadline from October 21, 2022 to December 19, 2022 "solely so that the parties may complete the outstanding discovery contemplated in ECF 178," namely the deposition of Lizette Colon, post-deposition demands related to that deposition, ARC Committee Meeting Minutes, and CUNY Central Diversity Unit Documents. (ECF 179).

On November 18, 2022, the parties submitted a joint status letter to the Court, in which they mentioned to the Court, for the first time, that Plaintiff had propounded a Sixth Request for Production of Documents on Defendants dated November 17, 2022 ("Sixth RFPs"). (ECF 183). After I stayed Defendants' response to the Sixth RFPs pending Plaintiff's explanation of why she needed even more additional discovery at this late juncture (ECF 184), Plaintiff filed a letter arguing that her request for personnel and reclassification information for certain HOSTOS employees stemmed from Ms. Colon's deposition and was therefore expressly contemplated by ECF 179. As part of that letter, Plaintiff attached a copy of the Sixth RFPs,

1

dated November 17, 2022. (ECF 184-1). Defendants contest Requests No. 3 and 4 as documents that have already been produced, and they are **DENIED** as duplicative. Request Nos. 2 and 5 are unrelated to Ms. Colon's deposition and are **DENIED** as untimely. Defendants have reported to the Court that they do not oppose Request No. 5, Plaintiff's request for the personnel files and reclassification requests of Ramon De Los Santos, Terrence Brown, and Lisette Rosario. (ECF 190). Defendants shall produce those documents to Plaintiff by **January 3, 2023**. **The Court will not entertain further motion practice concerning the Sixth RFPs.**

Additionally, Plaintiff is directed to respond to ECF 109, Defendants' Request to Complete Plaintiff's Deposition, by **December 23, 2022**. If Plaintiff does not respond by that date, the Court will construe the objections made by Plaintiff's counsel during Plaintiff's deposition as Plaintiff's Response to ECF 109.

**All other fact discovery is closed as of December 19, 2022.**

SO ORDERED.

*s/ Ona T. Wang*

Dated: December 16, 2022
New York, New York

**Ona T. Wang**
United States Magistrate Judge