**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

KRISHNA DASS,

                           Plaintiff,

      -against-

THE CITY UNIVERSITY OF NEW YORK, et al.,

                        Defendants.

------------------------------------------------------------x

18-CV-11325 (VSB) (OTW)

**ORDER**

      **ONA T. WANG, United States Magistrate Judge:**

      This Court has reviewed ECF Nos. 193, 194, and 196.

      Defendants' request for a protective order is **GRANTED** as to all requests for admission concerning the authentication of documents.

      As to the remaining hundreds of other requests, they are better addressed as stipulations before trial. As presently propounded, the requests are unduly burdensome. *Republic of Turkey v. Christie's, Inc.*, 326 F.R.D. 394, 399 (S.D.N.Y. 2018) ("[W]here requests for admission are not designed to identify and eliminate matters on which the parties agree, but to seek information as to fundamental disagreement at the heart of the lawsuit, or are unduly burdensome, a court may excuse a party from responding to the requests").

      Plaintiff is directed to narrow her existing requests for admission to **fifty (50)**, with no sub-parts. Plaintiff shall serve the updated requests by June 16, 2023. The deadline for Defendants to respond to the new requests for admission is **August 4, 2023**.

1

The Court will hold an in-person post-discovery status conference in this matter on **Tuesday, August 15, 2023 at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a joint conference agenda by August 11, 2023.

The Clerk of Court is respectfully directed to close ECF Nos. 193 and 196.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: June 8, 2023                                             **Ona T. Wang**
New York, New York                            United States Magistrate Judge