**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
KRISHNA DASS,

                              Plaintiff,                18-CV-11325 (VSB) (OTW)

        -against-                           **ORDER**

THE CITY UNIVERSITY OF NEW YORK, et al.,

                             Defendants.

---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

This Court is in receipt of Defendants' letter. (ECF 201). The parties are relieved of the requirement to hold the deposition in person (*see* ECF 197), so long as all parties are in agreement.

      **SO ORDERED.**

*s/ Ona T. Wang*
Dated: June 26, 2023                                            **Ona T. Wang**
      New York, New York                       United States Magistrate Judge