UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
KRISHNA DASS,                                              :
:
                       Plaintiff,                  :
:      18-CV-11325 (VSB)
        -against-                                 :
:      **ORDER**
CITY UNIVERSITY OF NEW YORK, *et al.*, :
:
                     Defendants.                  :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    On March 11, 2025, I held a telephonic conference in the above-captioned case. In accordance with my remarks at the conference, the parties are directed to meet and confer and provide the court with a stipulated summary judgment briefing schedule by March 18, 2025. I will hold Defendants' motion to dismiss, (Docs. 232, 233), in abeyance pending the upcoming summary judgment briefing, which I expect will moot the pending motion to dismiss.

SO ORDERED.

Dated: March 11, 2025
       New York, New York

                                                 Vernon S. Broderick
                                                 United States District Judge