UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                              :

KRISHNA DASS,

                         Plaintiff,

          -against-                          18-CV-11325 (VSB)

                                                **ORDER**

THE CITY UNIVERSITY OF NEW YORK,
*et al.*,

                       Defendants.
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On March 11, 2025, I issued an order stating that "I will hold Defendants' motion to dismiss, (Docs. 232, 233), in abeyance pending the upcoming summary judgment briefing, which I expect will moot the pending motion to dismiss." (Doc. 239.) On July 9, 2025, Defendants filed their motion for summary judgment, (Doc. 250), which, as expected, moots the pending motion to dismiss. Accordingly, Defendants' motion to dismiss is hereby DENIED AS MOOT. The Clerk of Court is respectfully directed to terminate the motions pending at Docs. 232 and 233.

SO ORDERED.

Dated:     September 11, 2025
               New York, New York

                                                         Vernon S. Broderick
                                                         United States District Judge